

**John M. August**
973.622.3699
<u>jaugust@saiber.com</u>

June 17, 2025

<u>Via</u> <u>ECF</u>
Magistrate Judge Lara K. Eshkenazi
United States District Court
Eastern District of New York
Courtroom N322
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: <u>Axos Bank v. H Powers LLC, et al</u>
           <u>Case No.: 24-cv-7702-DG-LKE</u>

Dear Judge Eshkenazi:

      This firm represents the plaintiff Axos Bank ("Plaintiff") in the referenced foreclosure action. On June 17, 2025, and in accordance with the protocol set forth in the Courts's Minute Entry entered on February 13, 2025, I caused Plaintiff's Motion for Summary Judgment and Judgement of Foreclosure and Sale, dated April 2, 2025, and my Declaration in further support thereof, dated June 17, 2025, to be filed via ECF. (<u>See</u> ECF Nos. 42 and 43). In connection with Plaintiff's Motion for Summary Judgment, enclosed for the Court's consideration is a proposed Final Judgment of Foreclosure and Sale.

      We thank the Court for its consideration of this matter.

                                      Respectfully,

                                      */s/ John M. August*
                                      JOHN M. AUGUST

Enclosure